In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00208-CR

                                                ______________________________

 

 

                              ZACHARY WAYNE LAWSON,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the Fifth
Judicial District Court

                                                              Cass County, Texas

                                                       Trial Court
No. 2007F00239

 

                                                      
                                            

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Zachary
Wayne Lawson attempts to appeal his convictions for possession of a controlled
substance.  Lawson’s sentences were
imposed December 4, 2009.  His motion for
new trial and notice of appeal were filed October 27, 2010.  We received the clerk’s record November 18,
2010.  The issue before us is whether
Lawson timely filed his notice of appeal. 
We conclude that he did not and dismiss the attempted appeal for want of
jurisdiction.

            A timely
notice of appeal is necessary to invoke this Court’s jurisdiction.  Olivo
v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  Rule 26.2(a) of the Texas Rules of Appellate
Procedure prescribes the time period in which a notice of appeal must be filed
by a defendant in order to perfect appeal in a criminal case.   A defendant’s notice of appeal is timely if
filed within thirty days after the day sentence is imposed or suspended in open
court, or within ninety days after sentencing if the defendant timely files a
motion for new trial.  Tex. R. App. P. 26.2(a); Olivo, 918 S.W.2d at 522. 

 

 

 

 

 

 

 

            Because
Lawson’s sentence was imposed December 4, 2009, and both his motion for new
trial and notice of appeal were not filed until October 27, 2010, almost a year
later, Lawson has failed to perfect his appeal. 
Accordingly, we dismiss the appeal for want of jurisdiction.

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          November
23, 2010

Date Decided:             November
24, 2010

Do Not Publish